**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MARIA KARLA PEREZ RIVERA #A221-041-450** | **CASE NO.  3:26-CV-00480 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KEITH DEVILLE ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 11], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Maria Perez Rivera's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the Court and under the Court's inherent power to control its own docket. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962); *Rogers v. Kroger Company*, 669 F.2d 317, 320–321 (5th Cir. 1982).

MONROE, LOUISIANA, this 28th day of May 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE